Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer L. McBee, Esq.
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
kdove@swlaw.com
jmcbee@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE KLEINMAN and SHERRI KLEINMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO N.A., a corporation, and DOES 1-50,<br><br>Defendants. | Case No. 3:22-cv-00407-LRH-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO AMEND COMPLAINT**<br><br>**(First Request)** |

Plaintiffs George Kleinman and Sherri Kleinman ("Plaintiffs") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, the "Parties") stipulate to extend the time for Plaintiffs to amend their complaint and for Wells Fargo to file its response as follows:

1. Wells Fargo filed a Motion to Dismiss on November 11, 2022.  ECF No. 7.

2. The current deadline for Plaintiffs to amend their complaint as a matter of course under Federal Rule of Civil Procedure 15(a)(1)(B) is currently December 5, 2022, which is 21 days from November 14, 2022, the first court day following Wells Fargo's Motion to Dismiss.

3. The Parties agree to extend the time for Plaintiffs to file an amended complaint as a matter of course by fourteen (14) days, up to and including December 19, 2022.[1]

---

[1] The current deadline for Plaintiffs to respond to the Motion to Dismiss is November 28, 2022, which is 14 days from November 14, 2022. *See* LR 7-2.  Because Plaintiffs intend to amend their

1  4.  The deadline for Wells Fargo to respond to an amended complaint filed on December 19, 2022 under Federal Rule of Civil Procedure 15(a)(3) would be January 3, 2023.

5.  The Parties agree to extend the time for Wells Fargo to file its response to Plaintiffs' amended complaint by fourteen (14) days, up to and including January 17, 2023, which date will be the applicable deadline even if Plaintiffs file their amended complaint before December 19, 2022.

6.  This request is made in good faith and not for the purpose of delay.  The Parties have agreed to accommodate respective counsel's and clients' scheduling limitations posed by the Thanksgiving and winter holidays.  Additionally, one counsel for Wells Fargo resigned effective today, November 22, 2022 and is being replaced by a different attorney, which will necessitate time for transition.  *See* ECF No. 8 (Mot. to Remove Attorney from Electronic Service List).

---

complaint as a matter of course, the Parties agree that Plaintiffs need not file a response to the Motion by November 28.  If, however, Plaintiffs do not file an amended complaint, they must alternatively respond to the Motion by the same December 19, 2022 deadline.

- 2 -

7. In sum, the Parties agree and request that Plaintiffs' deadline to file an amended complaint as a matter of course is extended to December 19, 2022, and Wells Fargo's deadline to respond to the amended complaint will be January 17, 2023.

IT IS SO STIPULATED.

Dated: November 22, 2022

BRADLEY PAUL ELLEY, ESQ.

By: */s/ Bradley Paul Elley*
Bradley Paul Elley, Esq.
Nevada Bar No. 658
120 Country Club Drive, Suite 5
Incline Village, NV 89451

*Attorneys for Plaintiffs George and Sherri Kleinman*

Dated: November 22, 2022

SNELL & WILMER L.L.P.

By: */s/ Kelly H. Dove*
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer L. McBee, Esq.
Nevada Bar No. 9110
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendant Wells Fargo Bank, N.A.*

## ORDER

**IT IS SO ORDERED.**

DATED: this 22nd day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE