**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE KLEINMAN and SHERRI KLEINMAN,<br><br>                  Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a National banking corporation, and DOES 1-50,<br><br>                  Defendants. | Case No. 3:22-cv-00407-LRH-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Wells Fargo Bank, N.A. ("Wells Fargo"), and George Kleinman and Sherri Kleinman (collectively, "Plaintiffs", and together with Wells Fargo, the "Parties"), by and through their respective counsel, stipulate and agree based on the following:

WHEREAS, Plaintiffs filed the First Amended Complaint on December 19, 2022;

WHEREAS, Wells Fargo filed a Motion to Dismiss the First Amended Complaint ("Motion to Dismiss") on January 13, 2023;

WHEREAS, Plaintiffs filed an Opposition to the Motion to Dismiss on January 27, 2023; and

WHERAS, Wells Fargo's current deadline to file a reply in support of the Motion to Dismiss is February 3, 2023.

NOW, THEREFORE, based on the foregoing and subject to Court approval, the Parties agree as follows:

1. That Wells Fargo shall have a one-week extension, until **February 10, 2023**, to file its reply in support of the Motion to Dismiss; and

2. That the Court may enter an Order in substantially the form attached as **Exhibit 1**.

**IT IS SO STIPULATED.**

DATED this 1st day of February 2023.

SNELL & WILMER L.L.P.

 /s/ Jennifer L. McBee
Kelly H. Dove (NV Bar No. 9036)
Jennifer L. McBee (NV Bar No. 9110)
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, NV 89169
Phone: (702) 784-5200
*Attorneys for Defendant Wells Fargo Bank, N.A.*

DATED this 1st day of February 2023.

 /s/ Bradley P. Elley
Bradley Paul Elley (NV Bar No. 658)
120 Country Club Drive, Suite 5
Incline Village, NV 89451
Phone: (775) 831-8800
*Attorney for Plaintiffs*

# **ORDER**

Upon stipulation of the Parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant Wells Fargo Bank, N.A. shall have until February 10, 2023 to file a reply in support of its Motion to Dismiss First Amended Complaint.

**IT IS SO ORDERED.**

DATED: February 3, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

SNELL & WILMER L.L.P.

_____
Kelly H. Dove (NV Bar No. 9036)
Jennifer L. McBee (NV Bar No. 9110)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200

*Attorneys for Defendant Wells Fargo Bank, N.A.*