UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE KLEINMAN and SHERRI KLEINMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a National banking corporation, and DOES 1-50,<br><br>Defendants. | Case No. 3:22-cv-00407-LRH-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**(Second Request)** |

Wells Fargo Bank, N.A. ("Wells Fargo"), and George Kleinman and Sherri Kleinman (collectively, "Plaintiffs", and together with Wells Fargo, the "Parties"), by and through their respective counsel, stipulate and agree based on the following:

WHEREAS, on December 19, 2022, Plaintiffs filed the First Amended Complaint;

WHEREAS, on January 13, 2023, Wells Fargo filed a Motion to Dismiss the First Amended Complaint ("Motion to Dismiss");

WHEREAS, on January 27, 2023, Plaintiffs filed an Opposition to the Motion to Dismiss;

WHERAS, on February 1, 2023, the Parties entered into a Stipulation and Order to Extend Deadline to File Reply in Support of Motion to Dismiss First Amended Complaint (First Request) to extend the deadline for Wells Fargo to file its reply in support of the Motion to Dismiss to February 10, 2023; and

WHEREAS, due to staffing issues and to enable sufficient time for client review, Wells Fargo requested, and Plaintiffs agreed, to modestly extend the deadline for Wells Fargo to file its reply in support of the Motion to Dismiss until February 17, 2023.

NOW, THEREFORE, based on the foregoing and subject to Court approval, the Parties agree as follows:

1. That Wells Fargo shall have until **February 17, 2023**, to file its reply in support of the Motion to Dismiss.

**IT IS SO STIPULATED.**

DATED this 9th day of February 2023.                    DATED this 9th day of February 2023.

SNELL & WILMER L.L.P.

 /s/ Jennifer L. McBee                                              /s/ Bradley Paul Elley
Kelly H. Dove (NV Bar No. 9036)                         Bradley Paul Elley (NV Bar No. 658)
Jennifer L. McBee (NV Bar No. 9110)                 120 Country Club Drive, Suite 5
3883 Howard Hughes Pkwy., Suite 1100           Incline Village, NV 89451
Las Vegas, NV 89169                                           Phone: (775) 831-8800
Phone: (702) 784-5200                                        *Attorney for Plaintiffs*
*Attorneys for Defendant Wells Fargo Bank, N.A.*

**ORDER**

The Court having considered the foregoing Stipulation of the Parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant Wells Fargo Bank, N.A. shall have until February 17, 2023 to file a reply in support of its Motion to Dismiss First Amended Complaint.

IT IS SO ORDERED.

DATED: February 10, 2023

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE